CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJESH REDDY,<br><br>                        Plaintiff,<br><br>        v.<br><br>JOSEPH B. EDLOW, Director, United States<br>Citizenship and Immigration Services.<br><br>                        Defendant. | Case No. 5:25-cv-08181-BLF<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ~~[PROPOSED]~~ ORDER** |

The parties apologize to the Court for their delay in submitting a joint status report by May 4, 2026, due to the need for the parties to confer on the case status and reach agreement on the stipulation. The parties, through their undersigned attorneys, submit this joint status report regarding Plaintiff's Form I-485, Application for Adjustment of Status. On February 4, 2026, the Court granted the parties' stipulation to stay proceedings until May 4, 2026. *See* Dkt. No. 13. Plaintiff's Form I-485 remains pending. The parties have conferred and agree to continue the stay of litigation deadlines in this case to allow the agency additional time to process Plaintiff's application.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until August 4, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or

placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: May 5, 2026                                          Respectfully submitted,[1]

                                                            CRAIG H. MISSAKIAN
                                                            United States Attorney


                                                            /s/ Molly A. Friend
                                                            MOLLY A. FRIEND
                                                            Assistant United States Attorney
                                                            Attorneys for Defendants


Dated: May 5, 2026

                                                            /s/ Erdogan Tunc
                                                            ERDOGAN TUNC
                                                            Attorney for Plaintiff


### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Date:  May 6, 2026

                                                            _____
                                                            HON. BETH LABSON FREEMON
                                                            United States District Judge


---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 5:25-cv-08181-BLF                    2